# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**AMBER YBARRA,**
**ADC # 710487**                                                                 PLAINTIFF

V.                          CASE NO. 1:17-CV-112-DPM-BD

**SHEILA STALLINGS, et al.**                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is hereby DISMISSED, without prejudice.

SO ORDERED, this 1st day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE